JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA RAE, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>OCWEN LOAN SERVICING, LLC;<br>BANK OF AMERICA, N.A.; MTC<br>FINANCIAL, INC.; and DOES 1 through<br>20, inclusive,<br><br>          Defendants. | CV 16-8932 PA (SSx)<br><br>JUDGMENT |

Pursuant to the Court's February 13, 2017, Minute Order granting judgment on the pleadings to defendant Bank of America, N.A. ("BofA") on plaintiff Pamela Rae's ("Plaintiff") claims,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that BofA shall have judgment in its favor against Plaintiff on her claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that BofA shall have its costs of suit.

IT IS SO ORDERED.

DATED: February 1, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE